526 P.3d 954 (Mem)
In re: The PEOPLE of the State of Colorado, Plaintiff,
v.
Gavin SEYMOUR, Defendant.
Supreme Court Case No: 2023SA12
Supreme Court of Colorado.
Date Filed: January 17, 2023
ORDER AND RULE TO SHOW CAUSE
Upon consideration of the Petition for Rule to Show Cause Pursuant to C.A.R. 21 filed in the above entitled action and matter, and being sufficiently advised in the premises,
IT IS ORDERED that a Rule to Show Cause issue out of this court. Therefore, Respondents, The People of the State of Colorado and Denver District Court are directed to answer, in writing, on or before February 14, 2023, why the relief requested in the petition should not be granted.
IT IS FURTHER ORDERED that Petitioner, Gavin Seymour, has 21 days from receipt of the answer within which to reply.
Pursuant to C.A.R. 21(f)(2), all further proceedings are stayed until further order of this court.